**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00306-CR

**KAREN PATRICIA BOWIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81418-2011**

## ORDER

The Court **GRANTS** appellant's July 21, 2014 second request for an extension of time to file a pro se response. We **ORDER** that she file her response by **SEPTEMBER 2, 2014**. No further extensions will be granted. If the response is not filed by the date, we will submit the appeal on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Karen Patricia Bowie, TDCJ No. 1839441, Crain Unit, 1401 State School Road, Gatesville, Texas 76599.

/s/    LANA MYERS
       JUSTICE